**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------x

CHANA WALTER,                                        :
on behalf of plaintiff and a class,                 :
                                                    :
                           Plaintiff,               :         Case No. 1:19-cv-00405-DLI-RML
                                                    :
          vs.                                       :
                                                    :
                                                    :
CAPITAL MANAGEMENT SERVICES,                        :
L.P.; CMS GENERAL PARTNER, LLC;                     :
and CAVALRY PORTFOLIO                               :
SERVICES, LLC,                                      :
                                                    :
                           Defendants.              :
--------------------------------------------------------x

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of

Plaintiff's individual claims with prejudice and without costs and dismissal of the claims alleged

on behalf of the putative class members without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| CHANA WALTER, Plaintiff | CAVALRY PORTFOLIO SERVICES, LLC, Defendant |
| */s/Cathleen M. Combs* | */s/Thomas R. Dominczyk* |
| Cathleen M. Combs (pro hac vice) | Thomas R. Dominczyk |
| Cassandra P. Miller (pro hac vice) | Maurice Wutscher, LLP |
| Tiffany N. Hardy, Esq. | 5 Walter Foran Blvd, Suite 2007 |
| EDELMAN, COMBS, LATTURNER | Flemington, NJ 08822 |
| & GOODWIN, L.L.C. | (908) 237-4570 |
| 20 S. Clark Street, Suite 1500 | Fax: (908) 237-4551 |
| Chicago, Illinois 60603 | trd@mnlawpc.com |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |
| courtecl@edcombs.com | |

1

*/s/Daniel C. Cohen*
Daniel C. Cohen
Edward Y. Kroub
COHEN & MIZRAHI LLP
300 Cadman Plaza West, 12th floor
Brooklyn, NY 11201
(929) 575-4175
(929) 575-4195 (FAX)
dan@cml.legal

*/s/Brady James Hermann*
Brady James Hermann
Maurice Wutscher, LLP
3 Allied Drive, Suite 303
Dedham, MA 02026
(617) 861-6035
bhermann@mauricewutscher.com

CAPITAL MANAGEMENT SERVICES,
L.P.; and CMS GENERAL PARTNER, LLC,
Defendants

*/s/Aleksander Piotr Powietrzynski*
Aleksander Piotr Powietrzynski
Winston and Winston P.C.
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 942-9483
Fax: (212) 942-9484
alex@winstonandwinston.com

*/s/Michael Thomas Etmund*
Matthew P. Kostolnik
Michael Thomas Etmund
Moss & Barnett
150 S 5th Street, Suite 1200
Minneapolis, MN 55402
(612) 877-5000
Fax: (612) 877-5999
matt.kostolnik@lawmoss.com
mike.etmund@lawmoss.com

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on July 8, 2020, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to the attorneys of record.

*/s/ Cathleen M. Combs*
Cathleen M. Combs

Cathleen M. Combs (pro hac vice)
Cassandra P. Miller (pro hac vice)
Tiffany N. Hardy, Esq.
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com